UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
3/11/2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHENGCHUN XIE,<br><br>Defendant. | Case No. 2:16-CR-00189 KJM-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHENGCHUN XIE

Case No. 2:16-CR-00189 KJM-3 Charge 21 U.S.C. § 841 (a)(1) from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

  X    (Other): Time served.

Issued at Sacramento, California on 3/11/19 at 11:05 AM

By: /s/ Kimberly J. Mueller

District Judge Kimberly J. Mueller